## 37951. REGENCY MALL ASSOCIATES v. JERNIGAN.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*All the Justices concur, except Weltner, J., not participating.*

DECIDED NOVEMBER 18, 1981.

*Fulcher, Hagler, Reed, Obenshain, Hanks & Harper, W. M. Fulcher,* for appellant.

*Douglas D. Batchelor, Jr.,* for appellee.